IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Trena Jackson, | ) | Case No. 23-02228 |
| | ) | |
| Debtor. | ) | Judge Baer |

## NOTICE OF MOTION

To:  Trena Jackson, 2835 Gabriella St Unit 411 Downers Grove, IL 60515, via certified US Mail
Thomas Springer, Chapter 7 Trustee, via electronic court notice
Office of the US Trustee, via electronic court notice
See attached service list

PLEASE TAKE NOTICE that on January 26, 2024 at 11:00 a.m., I will appear before the Honorable Judge Baer, or any judge sitting in that judge's place, either in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S Dearborn St., Chicago, IL 60604 **or** electronically as described below, and present the Motion to Withdraw as Attorneys, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using as telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 731 2971 and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ David H. Cutler

## CERTIFICATE OF SERVICE

I, David Cutler, certify that I served a copy of this notice and the attached motion on the Chapter 7 Trustee and US Trustee via electronic Court notice, on the Debtor via certified mail, return receipt requested, and on each entity shown on the attached Service List at the address listed on the list via first class US mail, proper postage prepaid on January 10, 2024.

/s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-02228<br>Northern District of Illinois<br>Eastern Division<br>Wed Jan 10 11:43:43 CST 2024 | (p)ATLAS ACQUISITIONS LLC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | FIRST INVESTORS SERVICING CORPORATION<br>c/o Peritus Portfolio Services II LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ADVOCATE HEALTH CARE<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | AURORA MEDICAL GROUP, INC<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 |
| AcceptanceNOW<br>Attn: Bankruptcy<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 | Affirm, Inc.<br>Attn: Bankruptcy<br>30 Isabella St, Floor 4<br>Pittsburgh, PA 15212-5862 | Apex 41<br>c/o Kovitz Shifrin Nesbit<br>175 North Archer AVe<br>Mundelein, IL 60060-2301 |
| CACH, LLC c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Credence Resource Management, LLC<br>Attn: Bankruptcy<br>4222 Trinity Mills Road Suite 260<br>Dallas, TX 75287-7666 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| First Investors Servicing Corporation<br>3065 Akers Mill Rd SE Suite 700<br>Atlanta, Georgia 30339-3124 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 |
| Genesis FS Card<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Genesis FS Card Services<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lekeshe McKelvin<br>321 High Ridge Road<br>Hillside, IL 60162-1620 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 |
| Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Mariner Finance, LLC<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Merchants Credit Guide<br>Att: Bankruptcy<br>209 S LaSalle St Ste. 900<br>Chicago, IL 60604-1443 |
| National Credit Adjusters, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 3023<br>Hutchinson, KS 67504-3023 | Plaza Services, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |
| Prestige Financial Services<br>BANKRUPTCY DEPT<br>PO BOX 26707<br>SLC, UT 84126-0707 | Prestige Financial Svc<br>Attn: Bankruptcy<br>351 W Opportunity Way<br>Draper, UT 84020-1399 | RISE Credit<br>Attn: Bankruptcy<br>Po Box 101808<br>Fort Worth, TX 76185-1808 |

| | | |
|---|---|---|
| RMK Management, as agent for Apex 41<br>c/o Kovitz Shifrin Nesbit<br>175 N. Archer Ave.<br>Mundelein, IL 60060-2301 | Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | Santander Consumer USA, Inc.,<br>as servicing agent for<br>Alliant Credit Union<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 |
| Seed Financial/SeedFi<br>Attn: Bankruptcy<br>548 Market St., Pmb 33447<br>San Francisco, CA 94104-5401 | (p)SEZZLE INC<br>251 N 1ST AVE<br>SUITE 200<br>MINNEAPOLIS MN 55401-1672 | Spring Oaks Capital SPV, LLC<br>PO BOX 1216<br>CHESAPEAKE, VA 23327-1216 |
| (p)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | Total Visa/The Bank of Missouri<br>Attn: Bankruptcy<br>Po Box 85710<br>Sioux Falls, SD 57118-5710 | VILLAGE OF BELLWOOD<br>C/O WAKEFIELD & ASSOCIATES LLC<br>PO BOX 58<br>FORT MORGAN, CO 80701-0058 |
| Wakefield & Associates<br>Attn: Bankruptcy<br>10800 East Bethany Drive Ste 450<br>Aurora, CO 80014-2697 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Thomas E Springer<br>Springer Larsen Greene, LLC<br>dba Springer Brown<br>300 South County Farm Road<br>Suite G<br>Wheaton, IL 60187-2438 | Trena M Jackson<br>2835 Gabriella St<br>Unit 411<br>Downers Grove, IL 60515-4004 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | (d)Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck NJ 07666 | Fnb Omaha<br>P.o. Box 3412<br>Omaha, NE 68197 |
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | Sezzle<br>Attn: Bankruptcy<br>Po Box 3320<br>Minneapolis, MN 55403 |
| Spring Oaks Capital, Llc<br>Attn: Bankruptcy<br>P.O. Box 1216<br>Chesapeake, VA 23327 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Prestige Financial Services Inc.

(u)RMK Management, as agent for Apex 41

(d)First Investors Servicing Corporation
c/o Peritus Portfolio Services II LLC
PO Box 141419
Irving, TX 75014-1419


End of Label Matrix
Mailable recipients    43
Bypassed recipients     3
Total                  46

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Trena Jackson, | ) | Case No. 23-02228 |
| | ) | |
| Debtor. | ) | Judge Baer |

### MOTION TO WITHDRAW AS ATTORNEYS

NOW COMES the Movants, David Cutler and Cutler & Associates, Ltd., and moves this Court for permission withdraw as attorneys for the Debtor pursuant to Local Rule 2091-1. In support of his Motion, the Movants state as follows:

1. The Debtor, Trena Jackson's most recent known mailing 2835 Gabriella St Unit 411 Downers Grove, IL 60515.

2. Cutler & Associates Ltd have been representing the Debtors in the above-captioned action.

3. The Debtor has failed to respond to requests from the Movants to provide requested information to the US Trustee. The Movants have not been able to get a response from the Debtor after repeated requests. As such, Movants cannot adequately represent the Debtors in this case.

WHEREFORE, Cutler & Associates, Ltd., prays for the following relief:

A. That this Court enter an order granting David Cutler and Cutler & Associates, Ltd. leave to withdraw as attorneys of record for the Debtor from the above-captioned action; and

B. For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

Dated: January 10, 2024

By: /s/ David H. Cutler
One of the attorneys for the Debtor

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600